[Crim. No. 562.     Third Appellate District.—May 13, 1921.]

In the Matter of the Application of CHARLES H. BRAY-NARD, etc., for a Writ of Habeas Corpus.

HABEAS CORPUS—PERJURY—MATERIALITY OF TESTIMONY—SUFFICIENCY OF EVIDENCE.—Writ denied upon the authority of *In re Braynard, etc., ante,* p. 631.

APPLICATION for a Writ of Habeas Corpus to secure release under a commitment to answer for perjury. Denied.

The facts are stated in the opinion *In re Braynard, etc., ante,* p. 631.

Martin I. Welsh, James T. Matlock and C. H. Braynard for Petitioner.

U. S. Webb, Attorney-General, J. Chas. Jones, Deputy Attorney-General, and Jesse W. Carter for Respondent.

THE COURT.—It is conceded that the same question is involved in this application as that in *In re Braynard, ante,* p. 631, [199 Pac. 576], this day decided. For the reasons stated in the opinion filed in that case the prayer of the petition herein is denied and the writ discharged.